IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01995-BNB

GREGORY D. CROSBY, real name, also known as
GREGORY COSBY, also known as
GREGORY D. COSMO COSBY,

    Plaintiff,

v.

C. NELSON, Sen. Officer SP,
S. HART, Sen. Officer SP,
J. SHORT, Sen. Officer,
LT. L. ANTHONY, Correctional Supv.,
JOHN DOE (N. Watch 12 - 8 a.m. BA Unit),
R. KEMENA, Sen. Officer,
JOHN OR JANE DOE OF USP/FLX, and
MEDICAL SERVICES,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 29, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge